IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                              No. 03-10058-JTM

QUINCY DARNELL BLUE,
    Defendant.


MEMORANDUM AND ORDER

Defendant's Motion for Extension (Dkt. 141) is hereby granted, and the deadline for Defendant's Reply Memorandum in support of his Motion to Vacate (Dkt. 138) is extended for 45 days.

IT IS SO ORDERED this 31st day of July, 2020.


                                        *J. Thomas Marten*
                                        J. Thomas Marten, Judge